**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON SALEM DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JUSTIN DAN LITTLE,** | ) | **CASE NO. 26-50297** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |
| ______________________________ | ) | |

**TRUSTEE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR (SECTION 727)**

**NOW COMES** James C. Lanik, Trustee, pursuant to Rule 4004(b) of the Bankruptcy Rules to move the Court to extend for cause the time for filing a complaint objecting to discharge of Debtor for a period of sixty (60) days, up to and including October 9, 2026, pursuant to 11 U.S.C. § 727(a). In support thereof, the Trustee states as follows:

1. Debtor filed a Chapter 7 Bankruptcy on April 17, 2026.

2. Movant is the duly appointed Chapter 7 Trustee for the Debtor.

3. The deadline to file a complaint objecting to the discharge of the debtor and dischargeability of debts was previously extended to August 10, 2026. This Motion is being filed before such time has expired.

4. The Trustee continues to investigate the Debtor's financial situation and is awaiting the receipt of additional documents and information from the Debtor. Further, the recent receipt by the Trustee of documents related to Little Big Finds (Case No. 26-50296) has led to additional avenues of investigation by the

Trustee. Until that investigation is complete, the Trustee cannot determine if an action pursuant to 11 U.S.C. § 727(a) is warranted.

**WHEREFORE**, Trustee requests that the deadline to file a complaint objecting to the discharge of the Debtor be extended for the Trustee and the Bankruptcy Administrator for a period of sixty (60) days, up to and including October 9, 2026.

This the 10th day of August 2026.

***/s/ James C. Lanik***

James C. Lanik
Chapter 7 Trustee
N.C. State Bar No. 30454
370 Knollwood St., Ste 600
Winston-Salem, NC 27103
Telephone: 336.722.6300
jlanik@waldrepwall.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON SALEM DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JUSTIN DAN LITTLE,** | ) | **CASE NO. 26-50297** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that a copy of the foregoing TRUSTEE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR (Section 727) was duly served upon the following person(s) by electronic means or by depositing same enclosed in a post paid, properly addressed envelope in a Post office or official depository under the exclusive care and custody of the United States Postal Service:

**John Paul H. Cournoyer**
**U.S. Bankruptcy Administrator**
**101 South Edgeworth Street**
**Greensboro, NC 27401**

**Jennifer Adams Ledford**
**Stephen E. Robertson Law Firm**
**437 West Friendly Avenue Ste 134**
**Greensboro, NC 27401**
***Attorney to Debtor***

**Justin Dan Little**
**15847 Mallory Lane**
**Mount Pleasant, NC 28124**
***Debtor***

This the 10th day of August 2026.

***/s/ James C. Lanik***
James C. Lanik
Chapter 7 Trustee
N.C. State Bar No. 30454
370 Knollwood St., Ste 600
Winston-Salem, NC 27103
Telephone: 336.722.6300
jlanik@waldrepwall.com